UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
RODERICK REYES,

                          Petitioner,

            -against-

SUPERINTENDENT LAMANNA,

                         Respondent.
---------------------------------------------------------x

18-CV-8724 (AT) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Petitioner's request to extend his reply brief deadline. That request is GRANTED in part.

In the Court's October 23, 2019 Order, Petitioner was given the option pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005) of (a) abandoning any potentially unexhausted claims and proceeding only with the remaining exhausted claims or (b) proceeding with all claims at the risk of dismissal of the entire petition if the Court were to find lack of exhaustion. Petitioner must inform the Court of his decision by **December 20, 2019**, with no further extensions. Petitioner shall also file a reply to his Petition by **December 20, 2019**, but may request an extension of the reply deadline upon good cause.

The Clerk of Court is respectfully requested to mail a copy of this Order to Petitioner.

**SO ORDERED.**

Dated: November 22, 2019
        New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge