UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
RODERICK REYES,

                      Petitioner,

        -against-

SUPERINTENDENT LAMANNA,

                      Respondent.
------------------------------------------------------------x

18-CV-8724 (AT) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Petitioner's request to again extend his reply brief deadline. That request is GRANTED. Petitioner shall file his reply brief by **January 24, 2020**. Any future request for an extension of the reply deadline, however, must be accompanied by documentation providing evidence of Petitioner's hospitalization. Otherwise, the request may be denied.

Petitioner is also reminded that per the Court's November 22, 2019 Order, ECF 19, Petitioner shall notify the Court by **December 20, 2019** whether he chooses to (a) abandon any potentially unexhausted claims and proceed only with the remaining exhausted claims or (b) proceed with all claims at the risk of dismissal of the entire petition if the Court were to find a lack of exhaustion. *See Rhines v. Weber*, 544 U.S. 269 (2005).

The Clerk of Court is respectfully requested to mail a copy of this Order to Petitioner.

**SO ORDERED.**

Dated: December 13, 2019
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge