**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
RODERICK REYES,                                             :
                                                            :
                              Petitioner,                   :      18-CV-8724 (AT) (OTW)
                                                            :
              -against-                                     :      ORDER
                                                            :
SUPERINTENDENT LAMANNA,                                     :
                                                            :
                              Respondent.                   :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Petitioner's request to again extend his reply brief deadline. (ECF 22). That request is GRANTED. Petitioner shall file his reply brief by **February 18, 2020**. Any future request for an extension of the reply deadline must provide the reason for the request and, if based on another hospitalization, must be accompanied by documentation providing evidence of Petitioner's hospitalization. Otherwise, the request may be denied.

The Clerk of Court is respectfully requested to mail a copy of this Order to Petitioner.

**SO ORDERED.**

Dated: January 2, 2020
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge