UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
RODERICK REYES,

                     Petitioner,

          -against-

SUPERINTENDENT LAMANNA,

                    Respondent.
---------------------------------------------------------x

18-CV-8724 (AT) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

It has come to the Court's attention that Petitioner now requests a sixth extension of his time to file his reply brief due to a 13-day stay in the hospital in early January 2020. (ECF 24). As stated in the Court's prior order, any request for an extension of the reply deadline based on a hospitalization must be accompanied by documentation providing evidence of the hospitalization. (ECF 23). Petitioner acknowledges that he has not submitted hospitalization documentation but suggests that he will do so shortly. (ECF 24). Petitioner's reply was due almost ten months ago, and in Petitioner's December 10, 2019 letter to the Court, he asserted that he was "almost done" with the reply. (ECF 22). Accordingly, Petitioner shall be granted one final extension of the deadline to file his reply brief to **February 28, 2020**. There is no reason why Petitioner should not be able to finish his brief by that time.

The Clerk of Court is respectfully requested to mail a copy of this Order to Petitioner.

**SO ORDERED.**

Dated: January 23, 2020
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge