```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RODERICK REYES,                                            :
                                                           :
                               Petitioner,                 :      18-CV-8724 (AT) (OTW)
                                                           :
               -against-                                   :      **ORDER**
                                                           :
SUPERINTENDENT LAMANNA,                                    :
                                                           :
                               Respondent.                 :
                                                           :
-----------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the Petitioner's reply brief, dated March 13, 2020. (ECF 28). It is accepted *nunc pro tunc* as timely. Respondent is directed to mail a copy of this Order to the Petitioner.

**SO ORDERED.**

Dated: March 26, 2020
      New York, New York

                                         *s/ Ona T. Wang*
                                          **Ona T. Wang**
                             United States Magistrate Judge