UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RODERICK REYES,

                Petitioner,                      18 **CIVIL** 8724 (LJL)

      -against-                              **JUDGMENT**

SUPERINTENDENT LAMANNA,

                Respondent.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated October 23, 2024, the Court adopts Magistrate Judge Wang's recommendations in full. As Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for purposes of appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Accordingly, the case is closed.

**Dated**: New York, New York
         October 23, 2024

                                                  **DANIEL ORTIZ**
                                                  **Acting Clerk of Court**

                            **BY:** _____
                                                      **Deputy Clerk**